# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kristina Jean Powers,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Board of Education of Independent<br>School District #811,<br><br>　　　　　　Defendant. | Civil No. 11-202 (MJD/AJB)<br><br><br>**ORDER** |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated August 15, 2011, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that Defendant Board of Education of Independent School District #811's motion to dismiss [Docket No. 7] is GRANTED and the complaint is DISMISSED with prejudice.

Dated: September 15, 2011　　　　　　　　　s/Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　Chief Judge Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　U.S. District Court